AMERICAN MOTORISTS INSURANCE COMPANY *v.*
LYNDA BROOKMAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 1 Conn. App. 219, is denied.

*David M. Reilly,* in support of the petition.

*Marshall S. Feingold,* in opposition.

Decided April 10, 1984

EMIL H. DOYON ET AL. *v.* TOWN OF SOUTH WINDSOR

The petition of the plaintiffs Wayne M. and Pamela F. Stone for certification for appeal from the Appellate Court, 1 Conn. App. 417, is denied.

*Robert W. Gordon,* in support of the petition.

*Richard M. Rittenband,* in opposition.

Decided April 25, 1984

MAE NIELSON *v.* DANIEL D'ANGELO

The plaintiff's petition for certification for appeal from the Appellate Court, 1 Conn. App. 239, is dismissed.

*William J. Secor, Jr.,* in support of the petition.

*Thomas L. Brayton,* in opposition.

Decided May 1, 1984